

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-18-00445-CR

Nelson Anthony **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On August 22, 2018, we abated this appeal to the trial court to determine if appellant intends to prosecute this appeal and is indigent, and if so, to appoint appellate counsel for this appeal. On September 14, 2018, a supplemental clerk's record containing the trial court's findings was filed. On September 21, 2018, the reporter's record from the abatement hearings was filed. The trial court found appellant intends to prosecute this appeal and found appellant to be indigent. Therefore, the trial court appointed Marcel C. Notzon III to represent appellant in this appeal.

We, therefore, ORDER this appeal reinstated on the docket of this court. **We further ORDER that the reporter's record for this appeal is due within thirty (30) days from the date of this order.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court